UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>Everett Lee Ferguson,<br>　　　　Debtor.<br><br>Nationstar Mortgage LLC D/B/A Champion Mortgage Company,<br>　　　　Movant<br><br>v.<br><br>Everett Lee Ferguson<br>　　　　Debtor/Respondent<br><br>Charles J DeHart, III, Esquire<br>　　　　Trustee/Respondent. | CHAPTER.: 13<br><br>CASE NO.: 1:17-bk-01190-HWV<br><br><br><br>Hearing Date: December 14, 2021<br>Hearing Time: 9:30 a.m.<br>Hearing Location:<br>Ronald Reagan Federal Building<br>228 Walnut Street<br>Harrisburg, PA 17101 |

## NATIONSTAR MORTGAGE LLC D/B/A CHAMPTION MORTGAGE COMPANY'S RESPONSE TO DEBTOR(S)' MOTION TO REIMPOSE AUTOMATIC STAY

**COMES NOW**, Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Secured Creditor"), by and through undersigned counsel, hereby files its Response to Debtor's Motion to Reimpose Automatic Stay and, in support thereof, states as follows:

1. Secured Creditor holds a mortgage on the property located at 2154 Sollenberger Rd Chambersburg Pennsylvania 17202 ("Property").

2. On March 28, 2017, Debtor filed a Voluntary Chapter 13 Bankruptcy Petition.

3. On August 19, 2019, Debtor filed a Motion to Reimpose stay as to Nationstar Mortgage LLC d/b/a Champion Mortgage Company.

4. On December 9, 2019, Secured Creditor filed a Motion for Relief from the Automatic Stay (DE #35).

5. On February 20, 2020, a Stipulation Resolving Motion for Relief from Stay was filed stating that "If Debtor defaulted on the Stipulation in two separate months then, if Debtor defaults a third time, Movant may file a Certification of Default without having to first send Debtor notice of default."

6. On December 14, 2020, Secured Creditor filed its Certificate of Default (DE#46).

7. On December 18, 2020, an Order Granting Motion for Relief from the Automatic Stay upon Certificate of Default was entered (DE #47).

8. On November 22, 2021, Debtor filed Motion to Reimpose Automatic Stay (DE # 50).

9. Upon review of internal records, Debtor currently owes Secured Creditor post-petition arrears in the sum of $4,468.54 as of November 23, 2021.

10. Secured Creditor requests the Automatic Stay not be reinstated until the Debtor's post-petition arrearage is fully cured.

11. Secured Creditor reserves the right to amend and or supplement this response prior to the hearing.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order denying Debtor's Motion to Reimpose the Automatic Stay as to Secured Creditor and all further relief this Court deems just and proper.

Date: December 2, 2021

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number 314532
Email: cwohlrab@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>**Everett Lee Ferguson,**<br>　　　　Debtor.<br><br>**Nationstar Mortgage LLC D/B/A Champion Mortgage Company,**<br>　　　　Movant<br><br>v.<br><br>**Everett Lee Ferguson**<br>　　　　Debtor/Respondent<br><br>**Charles J DeHart, III, Esquire**<br>　　　　Trustee/Respondent. | CHAPTER.: 13<br><br> CASE NO.: 1:17-bk-01190-HWV<br><br><br>**Hearing Date: December 14, 2021**<br>**Hearing Time: 9:30 a.m.**<br>**Hearing Location:**<br>**Ronald Reagan Federal Building**<br>**228 Walnut Street**<br>**Harrisburg, PA 17101** |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 3, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Everett Lee Ferguson
2154 Sollenberger Road
Chambersburg, PA 17202

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Case 1:17-bk-01190-HWV    Doc 53    Filed 12/03/21    Entered 12/03/21 14:29:04    Desc
Main Document    Page 3 of 4

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                                               **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number  314532
Email: cwohlrab@raslg.com